NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID SMITH, DOC #R82276,            )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-4943
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____      )

Opinion filed September 25, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

William Mallory Kent, of Kent & McFarland
Attorneys at Law, Jacksonville, for
Appellant.

Ashley Moody, Attorney General ,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, LUCAS and ATKINSON, JJ., Concur.